# **Exhibit C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LARRY PHILPOT,                              :

                    Plaintiff,   :

             v.                 :           17 Civ. 4589 (AKH)

HNGN INC.,                                 :

                 Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DEFAULT JUDGMENT AS TO LIABILITY ON
## PLAINTIFF'S CLAIM FOR COPYRIGHT INFRINGEMENT

This action having been commenced on June 19, 2017, by the filing of a complaint and a

request for the issuance of a summons, and a copy of the summons and complaint having been

served on defendant HNGN Inc. ("HNGN"), and HNGN having failed to answer or otherwise

respond to this action;

Now upon the motion of Dunnegan & Scileppi LLC, attorneys for plaintiff Larry Philpot,

it is hereby

ORDERED, ADJUDGED AND DECREED

(a)    That HNGN has in violation of 17 U.S.C. § 106 infringed Philpot's copyright in a

photograph of singer and songwriter Randy Travis, a copy of which is annexed as

Exhibit A, which is the subject of Unites States Copyright Registration No. VAu

1-164-624; and that

(b)    The Court shall empanel a jury on _____, 2017, to hear evidence and determine the amount of statutory damages that Philpot should be awarded against HNGN.

Dated: New York, New York
       July __, 2017

_____
                     U.S.D.J.